ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8965 S Eastern Ave, Suite 260
Las Vegas, NV 89123
Telephone: (702) 614-0600
Facsimile: (702) 614-0647
*Attorney for Appellee Brian D. Shapiro, Trustee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MSAA HOLDINGS, LLC<br><br>      Debtor | Case 2:17-cv-02483-APG<br><br>*Appeal from the Bankruptcy Court*<br>Nevada Bankruptcy Case No. 15-14600-abl<br>Chapter 7 |
| ROBERT J. RUGGIERI;<br>      Appellant<br><br>v.<br><br>BRIAN D. SHAPIRO;<br>      Appellee | **STIPULATION AND ORDER TO STAY APPEAL** |

Appellant ROBERT J. RUGGIERI, CPA and appellee BRIAN D. SHAPIRO, Chapter 7 Trustee, by and through counsel, hereby stipulate as follows:

WHEREAS, the parties have entered into a settlement whish, if approved by the Bankruptcy Court, District of Nevada, will result in a dismissal of this appeal; and

WHEREAS, a motion to approve the settlement has been docketed in the above-captioned bankruptcy case, with a hearing date set for November 29, 2017;

///

-1-

THEREFORE, the parties agree as follows:

1. This appeal shall be stayed until December 31, 2017.

2. By December 31, 2017, the parties shall either file a stipulation for dismissal of this appeal, or shall file a stipulation to continue or remove the stay.

3. While stayed, no party shall be required to file any briefing or pleading that otherwise would be due in the stay period.

IT IS SO STIPULATED.


DATED: October 25, 2017            DATED: October 31, 2017

**ATKINSON LAW ASSOCIATES LTD.**        **KOLESAR & LEATHAM**


_____/s/ Robert Atkinson_____        _____/s/ Bart K. Larsen_____
ROBERT ATKINSON, Esq.              BART K. LARSEN, ESQ.
Nevada Bar no. 9958                Nevada Bar No. 8538
*Attorney for Appellee Brian D. Shapiro*    SCOTT D. FLEMING, ESQ.
                                   Nevada Bar No. 5638
                                   *Attorneys for Appellant Robert J. Ruggieri*




**IT IS SO ORDERED**.

_____
DISTRICT COURT JUDGE

DATED: ___11/1/2017___